UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:

Giovanni Amato
Jennifer Amato

**Order Filed on January 26, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: _____16-30907-CMG_____

Hearing Date: _____1/26/17_____

Judge: ___Christine M. Gravelle___

Chapter: _____13_____

| | |
|---|---|
| Recommended Local Form: | ☑ Followed  ☐ Modified |

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
to Reopen Case re: File Missing Schedules, Schedule Hearings and Reimpose the Stay

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 26, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

A motion or application having been filed on _____January 20_____, 20 17  by
 Kirsten B. Ennis, Attorney for the debtor    for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*